Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  SUSAN CAROL PERRY-DILLARD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN CAROL PERRY-DILLARD, | Case No.: 2:14-CV-02025-CMK |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Susan Carol Perry-Dillard ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to April 2, 2015; and that Defendant shall have until May 2, 2015, to file his opposition. Any reply by plaintiff to be due May 22, 2015.

1    An extension of time for plaintiff is needed in order to properly address the
2    issues within the administrative record in this matter.  Counsel sincerely apologizes
3    to the court for any inconvenience this may have had upon it or its staff.

DATE: February 4, 2015         Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Steven G. Rosales*
                               BY: _____
                               Steven G. Rosales
                               Attorney for plaintiff

DATED:  February 4, 2015       BENJAMIN WAGNER
                               United States Attorney


                               */S/- Jennifer Lee Tarn

                               _____
                               Jennifer Lee Tarn
                               Special Assistant United States Attorney
                               Attorney for Defendant
                               [*Via email authorization]

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including April 2, 2015, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to May 2, 2015 to
4 file his opposition, if any is forthcoming.  Any reply by plaintiff continues to be
5 due May 22, 2015.
6    IT IS SO ORDERED.

8 Dated:  February 6, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE