Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  SUSAN CAROL PERRY-DILLARD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN CAROL PERRY-DILLARD, | Case No.: 2:14-CV-02025-CMK |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Susan Carol Perry-Dillard ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to May 19, 2015; and that Defendant shall have until June 18, 2015, to file his opposition.  Any reply by plaintiff to be due July 8, 2015.

A second extension of time is needed because Plaintiff's Counsel's Spouse undergoes chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine which required recent hospitalization to treat.  Counsel requires the additional time to file the Joint Stipulation to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented

DATE: April 7, 2015        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  April 7, 2015       BENJAMIN WAGNER
United States Attorney


*/S/- Jennifer Lee Tarn

_____
Jennifer Lee Tarn
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including May 19, 2015, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to June 18, 2015
4 to file his opposition, if any is forthcoming.  Any reply by plaintiff continues to be
5 due July 8, 2015.
6   IT IS SO ORDERED.
7
8 Dated:  April 16, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

-3-