Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  SUSAN CAROL PERRY-DILLARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CAROL PERRY-DILLARD,         ) | Case No.:  2:14-CV-02025-CMK |
|                                    ) |  |
|          Plaintiff,                ) | STIPULATION TO MODIFY BRIEFING SCHEDULE |
|                                    ) |  |
|       vs.                          ) |  |
|                                    ) |  |
| CAROLYN COLVIN, Acting             ) |  |
|                                    ) |  |
| Commissioner of Social Security,   ) |  |
|                                    ) |  |
|          Defendant                 ) |  |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Susan Carol Perry-Dillard ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to May 28, 2015; and that Defendant shall have until June 29, 2015, to file his opposition.  Any reply by plaintiff continues to be due July 8, 2015.

1  A final extension of time is needed by Plaintiff's counsel to allow additional
2 time to fully research the issues presented.  Counsel notes that the modified briefing
3 schedule continues to require any reply brief to be filed by the same July 8, 2015
4 date as previously set by this Court.  Consequently, the modification results in a
5 reduction of time for Counsel to prepare any reply and does not extend the time for
6 this matter to be submitted to the Court for decision.  Counsel sincerely apologizes
7 to the court for any inconvenience this may have had upon it or its staff.

DATE: May 28, 2015            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  May 28, 2015          BENJAMIN WAGNER
United States Attorney


*/S/- Jennifer Lee Tarn

_____
Jennifer Lee Tarn
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including May 28, 2015, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to June 29, 2015
4  to file his opposition, if any is forthcoming.  Any reply by plaintiff continues to be
5  due July 8, 2015.
6   IT IS SO ORDERED.
7
8  Dated:  June 18, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE